UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  LISA C. GOODEN　　　　　　　　　　　　　　　Case No:   4:17-bk-11684 B
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

### CHAPTER 13 ORDER WITHDRAWING
### TRUSTEE'S OBJECTION TO CLAIM

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Claim, Docket Entry {36}, filed 1/8/2018, regarding the claim of CAVALRY SPV I LLC.

Dated: 2/15/2018　　　　　　　　　　　　　　　　　/s/  BEN T. BARRY
　　　　　　　　　　　　　　　　　　　　　　　　　　　BEN T. BARRY
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

cc:　　Mark T. McCarty, Trustee

　　　　LISA C. GOODEN
　　　　13717 Trethorne Circle
　　　　North Little Rock, AR  72117

　　　　CAVALRY SPV I LLC
　　　　C/O BASS & ASSOCIATES PC
　　　　3936 E FT LOWELL RD STE 200
　　　　TUCSON, AZ  85712

　　　　CHIEF EXECUTIVE OFFICER
　　　　CAVALRY SPV I LLC
　　　　124 WEST CAPITOL AVENUE SUITE 1900
　　　　LITTLE ROCK, AR  72201

　　　　CAVALRY SPV I LLC
　　　　C/O THE CORPORATION COMPANY
　　　　124 WEST CAPITOL AVENUE SUITE 1900
　　　　LITTLE ROCK, AR  72201

　　　　CHIEF EXECUTIVE OFFICER
　　　　CAVALRY SPV I LLC
　　　　CAVALRY PORTFOLIO SERVICES
　　　　500 SUMMIT LAKE DRIVE SUITE 400
　　　　VALHALLA, NY  10595

　　　　Jean M. Madden
　　　　515 SOUTH ROCK ST
　　　　LITTLE ROCK, AR  72202